**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRMA BELEN TORRES-FELIX,<br><br>Defendant. | Case No.   16-cr-01884-BEN<br><br>**ORDER** |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 44), and after considering the applicable factors provided in 18 U.S.C. §3553(a), and the United States' non-opposition to the defendant's motion (ECF No. 46),

**IT IS HEREBY ORDERED** that the motion for an order granting compassionate release is **GRANTED**. Defendant's sentence of 87 months in custody is reduced to time served custodial sentence, effective immediately upon Defendant completing a 14-day quarantine period and obtaining medical clearance from the BOP that Defendant is not infected with COVID-19. All other conditions of the Judgment imposed on May 30, 2017 (ECF No. 37) shall remain in effect.

**SO ORDERED.**

Dated:   January 19, 2021

Hon. Roger T. Benitez
United States District Judge